**Order entered January 30, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00491-CR

**KENVAIRIAY JEVERA SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F-2076131-J**

## ORDER

Appellant's second motion for extension of time to file appellant's brief is **GRANTED**, and we **ORDER** appellant's brief filed no later than **FEBRUARY 28, 2023**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE